**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------

**THE CHILDREN FIRST FOUNDATION,**
**INC.**, a New York non-profit organization,

Plaintiff,

vs.

Civil Action No.:  04-CV-927 (NPM/RFT)

**BARBARA J. FIALA**, in her official
capacity as Commissioner of the New York
State Department of Motor Vehicles,

Defendants.

-----------------------------------------------------------------

<b>STIPULATION FOR DISMISSAL</b>

Plaintiff Children First Foundation and Defendant Barbara J. Fiala, by and through their

respective counsel, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal

of this action, with prejudice.

Dated October 9, 2016.

Counsel for Defendant,                          Counsel for Plaintiff,


_s/Stephen M. Kerwin_                            s/_Jeffrey A. Shafer_
Stephen M. Kerwin (103129)                       Jeffrey A. Shafer   (513236)
New York State                                   Alliance Defending Freedom
  Office of the Attorney General                 15100 N. 90th Street
Justice Building, Room 411                        Scottsdale, AZ 85260
Empire State Plaza                                Telephone: (480) 444-0020
Albany, New York 12224                            Facsimile:  (480) 444-0028
Telephone: (518) 776-2031