UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

THE CHILDREN FIRST FOUNDATION,
INC., a New York non-profit organization,

      Plaintiff,

vs.

BARBARA J. FIALA, in her official
capacity as Commissioner of the New York
State Department of Motor Vehicles,

      Defendants.

Civil Action No.: 04-CV-927 DNH/DJS

---

## STIPULATION FOR DISMISSAL

Plaintiff Children First Foundation and Defendant Barbara J. Fiala, by and through their respective counsel, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action, with prejudice.

Dated October 9, 2016.

| Counsel for Defendant, | Counsel for Plaintiff, |
|---|---|
| *s/Stephen M. Kerwin* | *s/Jeffrey A. Shafer* |
| Stephen M. Kerwin (103129) | Jeffrey A. Shafer (513236) |
| New York State | Alliance Defending Freedom |
|   Office of the Attorney General | 15100 N. 90th Street |
| Justice Building, Room 411 | Scottsdale, AZ 85260 |
| Empire State Plaza | Telephone: (480) 444-0020 |
| Albany, New York 12224 | Facsimile: (480) 444-0028 |
| Telephone: (518) 776-2031 | |

IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated: October 13, 2015
     Utica, NY